**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:14-mj-0031 CMK

Bradley Stephens

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 11-18-14

X _____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

☒ Fine: $ 240.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 250.00 within by 3-1-15 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
☒ Restitution: to Plumas National Forest in the sum of $2,259.75
( ) Community Service _____ with fees not to exceed $ _____ by 3-1-2015 completed by _____
6 months summary probation; to terminate upon payment of financial obligations

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~PO BOX 70939~~
~~CHARLOTTE, NC 28272-0039~~
~~Philadelphia, PA 19176~~

~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11-18-14

_____
U.S. MAGISTRATE JUDGE

Clerk's Office